IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRAD JOHNSON** and **ANCESTRAL SUPPLEMENTS, LLC**, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Case No. 4:25-CV-01173 |
| **BRAD KEARNS** and **BRADVENTURES, LLC**, | § § § § | |
| *Defendants*. | § § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants Brad Kearns and Bradventures, LLC, file this Notice of Removal and state as follows:

### I.   INTRODUCTION

1. On November 13, 2024, Plaintiffs Brian Johnson and Ancestral Supplements, LLC, filed their Original Petition against Defendants in the 457th Judicial District Court of Montgomery County, Texas, styled *Johnson v. Kearns*, No. 24-11-17778. Broadly, Plaintiffs seek a declaratory judgment concerning the validity and enforceability of a contract between the parties. A true and correct copy of the Original Petition is attached hereto as Exhibit B.

2. Defendants have not been served but are aware of the filing of the state court action. Accordingly, Plaintiffs have not filed a proof of service.

### II.   THIS NOTICE IS TIMELY FILED

3. Defendants have filed timely for removal within thirty (30) days of receipt of summons and a copy of the initial pleading setting forth a claim upon which such action is based. 28 U.S.C. § 1446(b). Upon filing this Notice of Removal, Defendants will provide written

notification to all parties and will file a Notice of Removal with the clerk for the 457th Judicial District Court of Montgomery County, Texas.

### III.   JURISDICTION

4. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . ." Federal law provides that this Court has original jurisdiction over "all civil actions where the amount in controversy exceed the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." 28 U.S.C. § 1332(a)(1).

5. The Court has original jurisdiction over this case because Plaintiffs and Defendants are citizens of different states and the amount in controversy exceeds $75,000. Plaintiff Brian Johnson is a citizen of Texas. Plaintiff Ancestral Supplements is a limited liability company organized under the laws of the State of Texas with its principal place of business in Texas. The company's two members, Brian Johnson and Barbara Johnson, are each a citizen of Texas. Defendant Brad Kearns is a citizen of Nevada. Defendant Bradventures, LLC, is a limited liability company organized under the laws of the State of Nevada with its principal place of business in Nevada. Its sole member, Brad Kearns, is a citizen of Nevada.

### IV.   VENUE

6. Venue is proper in this Court as the 457th Judicial District Court of Montgomery County, Texas, falls within the geographic purview of this Court. *See* 28 U.S.C. § 1441.

### V.   ALL REQUIRED MATTERS ARE BEING FILED

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, the following documents are attached herewith: (A) an index of matters being filed; (B) a true and correct copy of all pleadings asserting causes of action; (C) a statement that executed process is unavailable; (D) the docket

sheet from the state court action; and (E) a list of all counsel of record, including addresses, telephone numbers, and parties represented. No orders have been signed by the state court judge.

8. Contemporaneously with the filing of this Notice of Removal, Defendants are providing written notice of removal to all parties with proof of service of same. A copy of this Notice of Removal is being filed with the 457th Judicial District Court of Montgomery County, Texas, in which this case was originally filed.

WHEREFORE, Defendants Brad Kearns and Bradventures, LLC, respectfully request that Case No. 24-11-17778 be removed to this Court and that the Court accept jurisdiction of this action. Defendants further request that the Court place this action on its docket for further proceedings as though it originated in this Court and that the Court issue all necessary orders.

Dated: March 12, 2025                                    Respectfully submitted,

**LANG & ASSOCIATES, PLLC**

*/s/ Shannon A. Lang*
Shannon A. Lang
State Bar No. 24070103
Fed. ID No. 1103165
shannon.lang@shannonlanglaw.com
1903 Vermont Street
Houston, Texas 77019
(832) 479-9400 tel.
(832) 479-9421 fax

Robert Benun (*pro hac vice forthcoming*)
California Bar No. 142706
rbenun@benunlaw.com
BENUNLAW
12121 Wilshire Boulevard, Suite 810
Los Angeles, California 90025
(310) 245-8239 tel.

*Attorneys for Defendants Brad Kearns* and *Bradventures, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2025, a true and correct copy of the foregoing document was served via facsimile and electronic mail upon the following:

James E. Hudson, III
jhudson@craincaton.com
CRAIN CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
(713) 658-2323 tel.
(713) 658-1921 fax

*Attorney for Plaintiffs Brian Johnson* and
*Ancestral Supplements, LLC*

                                    */s/ Shannon A. Lang*
                                    Shannon A. Lang